# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GUTIERREZ,<br>individually and on behalf of others similarly<br><br>Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC.; DOES 1-10 AND EACH OF THEM,<br><br>Defendant(s). | Case No.<br><br>8:17-cv-02059-DOC-KES<br><br>**ORDER OF DISMISSAL**<br>[15] |

  IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, FRANK GUTIERREZ, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

  Dated: June 5, 2018

  _____
  DAVID O. CARTER
  U.S. District Judge